The People of the State of New York, Respondent, *v.* Patrick O'Rafferty, Appellant.

Submitted January 14, 1946; decided January 18, 1946.

*Patrick O'Rafferty,* in person, for motion.

*Frank S. Hogan, District Attorney (Whitman Knapp* of counsel), opposed.

Motion dismissed upon the ground that no appeal lies either to the Appellate Division or to the Court of Appeals from a determination upon a writ of error *coram nobis* made by the court which rendered the original judgment as no such appeal is provided for in the Code of Criminal Procedure. (*People* v. *Gersewitz,* 294 N. Y. 163.)